BEFORE THE THIRD DIVISION, JANUARY 31, 1958

**No. 61518.**—Fred H. Meyer *v.* United States, protest 302808–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61519.**—Moscahlades Brothers, Inc. *v.* United States, protest 320738–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61520.**—F. W. Import-Export *v.* United States, protest 309799–K (San Francisco).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 61521.**—Cresca Co., Inc., et al. *v.* United States, protests 214059–K, etc. (New York).

Opinion by DONLON, J. It was stipulated that the merchandise, facts, and issues are the same in all material respects as those involved in Abstract 59725. In accordance with stipulation of counsel, it was held that, on the respective dates of importation, under a then-existing established and uniform practice (T. D. 52941 (1)), the merchandise was dutiable, as claimed.

**No. 61522.**—D. & A. Sclafani et al. *v.* United States, protests 160402–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.